FILED BY _____ D.C.

AUG 1 3 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## FOR SOUTHERN DISTRICT OF FLORIDA

Civ. No.

**JOSEPH D. GILBERTI, JR., P.E.,** an
**Individual and Licensed Professional Engineer,**

**COMPLAINT**

**Plaintiff,**

**DEMAND FOR JURY TRIAL**

v.

Nicholas Cruz, Marjorie Stoneman Douglas
High School Shooter: 72 Partners LLC,
Christopher Shaw, SCOTT ISRAEL,
SCOT PETERSON;
L.S., a minor by her mother and next friend
YASMIN LORENA HERNANDEZ;
GIANCARLO MENDOZA; Case No.
G.E.M. a minor by her mother and next friend
AMALFI MENDOZA: Hon.
N.V., a minor by her mother and next friend
AYDE VERA;
E.T., a minor by his mother and next friend
OLGA MATHURIN;
C.M.W., a minor by her mother and next friend
CATHY SANCHEZ;
C.D.W., a minor by her mother and next friend
JUDYANN WOLF;
A.J.T., a minor by her mother and next friend
LAURIE JO BRANGAN;
T.M., a minor by his mother and next friend,
CRYSTAL LUGO;
G.B., a minor by his mother and next friend,
JENNIFER BARRERA;
AUDREY DIAZ;
B.A.J., a minor by his mother and next friend,
YUDELQUIS DURAN;
K.J.S.H., a minor by his guardian and next friend,
JUANITA A. VIVES;
R.D., a minor by his mother and next friend,
DAWN DeLENA;
K.J.M., a minor by her mother and next friend,

TANYA McCONNELL:

Defendants,

_____ /

## CIVIL RIGHTS VIOLATIONS, TORTS, FRAUD ON THE COURTS, RACKETEER
## INFLUENCED AND CORRUPT ORGANIZATION ACT ("RICO")

1

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com

COMES NOW, Plaintiff JOSEPH D. GILBERTI, JR., P.E., hereinafter "THE ENGINEER," is an Individual, filing for a complaint against DEFENDANTS or "Enterprise", allege as follows:

<u>**JURISDICTION AND VENUE**</u>

Plaintiffs bring this action pursuant 42 U.S.C. § 1983 for violations of civil rights under the First, Fourth, and Fourteenth Amendments to the United States Constitution.

1.      This Court has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343(a)(3) (civil rights); 28 U.S.C. § 1367 provides supplemental jurisdiction over the state law tort claims that arose from the same common nuclei of facts.

2.      Jurisdiction of this Court is invoked pursuant to (i) Article III of the United States Constitution, (ii) the provisions of 28 U.S.C. §1331, §1343(a)(3) and (4), §2201 and §2202 and 42 U.S.C. §1983, and (iii) the provisions of 28 U.S.C. §1367.

3.      Venue is proper pursuant to 28 U.S.C. § 1391.

4.      At all material times, Defendants committed these unlawful violations under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of Plaintiffs' human, safety, and property rights.

5.      These constitutional law violations are "capable of repetition, yet evading review." *Roe v. Wade*, 410 U.S. 113, 125 (1973) (citing *Southern Pacific Terminal Co. v. ICC*, 219 U. S. 498, 515 (1911), *Moore v. Ogilvie*, 394 U. S. 814, 816 (1969), *Carroll v. Princess Anne*, 393 U. S. 175, 178-179 (1968), *United States v. W. T. Grant Co.*, 345 U. S. 629, 632-633 (1953)).

6.      THE ENGINEER was kidnapped timed with the FDEP SRF Marjory Stoneman Douglas funding application just 17 days prior to the Marjory Stoneman Douglas Shooting in Broward where 17 were shot and 17 wounded in game tied to Smith-Mundt act where

2

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com

Hollywood in Los Angeles sells stories to Government to sells Manufactured news for their Propaganda agenda to attack other nations and now America since its Congressional approval under Obama in 2012 via the H.R. 5736 The Smith-Mundt Modernization Act of 2012, initiated days after our World Resource find by Tampa Central command and this Florida Enterprise of Terrorist civil servants and Developers tied to huge Corporations like Walt Disney owners. Seminole Tribe Casinos. Federal Reserve Bank and corrupt Judges in land grabs and cohersion on tax base grants for their Enterprise which includes a front called 72 Partners LLC and BFSL Holdings LLC.  See **Appendix** with multiple filings at the time of the shooting.

**PARTIES**

*PLAINTIFF*

7.      Plaintiff, **Joseph D. Gilberti, Jr., P.E.**, hereinafter "Plaintiff" (aka THE ENGINEER) is a **Professional Licensed Civil Engineer and Land Consultant** located in Lee County, Florida with a mailing zip code of 33931 whose President, of LandTech Design Group, Inc. with access to land in Sarasota County with a critical underground Aquifer with medicine changing readings that are capable of delivering Antioxidant Spring water supply to over 10million taps from Tampa to Miami.   See Plaintiff's Engineering, Consulting and whistleblowing website at https://gilbertibluegold.com/.  Plaintiff is a property owner who has access to a secret hidden endless underground spring river approximately 2000ft below his Ranch, tied to a much deeper Global vast Ocean from geological and water quality indicators shown in public record engineer reports, permit petitions, consultant presentations and third party lab results.

*DEFENDANTS*

8.      72 Partners LLC – Consist of Lee Pallardy. Thomas Howze. Kenny Harrison. and Laurence Hall.  This is the front for most of the coordination with Terrorism and is a well known

3

PDF generated by deskPDF Creator Trial at http://www.docudesk.com

for Illegal activities, Title Fraud and works with Terrorism funding groups like Greenberg Traurig Law and Israel Chemical/ Mosaic Phosphate or THE MOSAIC Company.

9.      Christopher Shaw, Esq. (Hillsborough County ex-Public Defender – Attorney who fabricated AR-15 emails timed the Stoneman Douglas Shooting shown in Appendix under oath, to hide the Resource with Defendants at Stoneman Douglas and Media to attack America and this World underground Medicine Resource.

10.      Scott Freyre – Does Real-estate business in Miami Beach and stole $137.000 dollars out of Plaintiffs Bank timed with this event and mother is Trafficante, tied to 72 Partners and Greenberg Traurig Law. that attack the resource and helped Defendants using Wells Fargo Bank. See Appendix.

11.      Defendant SCOTT ISRAEL ("Israel") was at all pertinent times the Broward County Sheriff and the decision maker AND timed the Shooting with Plaintiff's Marjorie Stoneman Douglas SRF funding Submittal, with a massive group of media and Political figures hiding a critical US Resource while creating Fear and Vaccinations with LIES using the Smith-Mundt Act Modifications of 2012 and 2013. and compromised the future careers and safety of the young DRAMA kids or students at Marjory Stoneman Douglas High school.

12.      Defendant SCOT PETERSON ("Peterson") was at all pertinent times a Broward County deputy and was specifically tasked with protecting the Plaintiffs; even it meant risking his own life. It was and is a heroic job and one upon which people reply in the case of a life and death emergency. He was tasked with the job to protect the children at the school with the knowledge that he was possibly the only armed person in the immediate vicinity of the school. His job duties required him to run towards danger at risk of life and limb. and not to run away from danger for the sole purpose of sole-preservation. His arbitrary and conscience-shocking actions and inactions directly and predictably caused children to die, get injured, and get traumatized. Peterson is employed by the Broward County as a deputy police officer in the

4

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com

Marjory Stoneman Douglas High school, and at all times relevant herein was acting under the color of state law.

13.    Yasmin Lorena Hernandez is the mother and guardian of L.S. and is a resident of Parkland, Florida. L.S. is a student at Marjory Stoneman Douglas High school and a resident of Parkland, Florida.

14.    Giancarlo Mendoza is a student at Marjory Stoneman Douglas High school and a resident of Parkland, Florida.

15.    Amalfi Mendoza is the mother and guardian of G.E.M. and is a resident of Parkland, Florida. G.E.M. is a student at Marjory Stoneman Douglas High school and a resident of Parkland, Florida.

16.    Ayde Vera is the mother and guardian of N.V. and a resident of Parkland, Florida. N.V. is a student at Marjory Stoneman Douglas High school and a resident of Parkland, Florida.

17.    Olga Mathurin is the mother and guardian of E.T. and is a resident of Parkland, Florida. E.T. is a minor and student at Marjory Stoneman Douglas High school and a resident of Parkland, Florida.

18.    Cathy Sanchez is the mother and guardian of C.M.W. and is a resident of Parkland, Florida. C.M.W. is a minor and student at Marjory Stoneman Douglas High school and a resident of Parkland, Florida.

19.    Judyann Wolf is the mother and guardian of C.D.W. and is a resident of Coral Springs, Florida. C.D.W. is a minor and student at Marjory Stoneman Douglas High school and a resident of Coral Springs, Florida.

20.    Laurie Brangan is the mother and guardian of A.J.T. and is a resident of Parkland, Florida. A.J.T. is a student at Marjory Stoneman Douglas High school and a resident of Parkland, Florida.

21.    Crystal Lugo is the mother and guardian of T.M. and is a resident of Coral

PDF generated by deskPDF Creator Trial - Got it at http://www.docudesk.com

Springs. Florida. T.M. is a minor and student at Marjory Stoneman Douglas High school and a resident of Coral Springs. Florida.

22.     Jennifer Barrera is the mother and guardian of G.B. and is a resident of Parkland, Florida. G.B. is a minor and was at all pertinent times a student at Marjory Stoneman Douglas High school and a resident of Parkland. Florida.

23.     Audrey Diaz is a student at Marjory Stoneman Douglas High school and a resident of Coral Springs. Florida.

24.     Yudelquis Duran is the mother and guardian of B.A.J. and is a resident of Parkland. Florida. B.A.J. is a minor and student at Marjory Stoneman Douglas High school and a resident of Parkland, Florida.

25.     Juanita A. Vives is the mother and legal guardian of K.J.S.H. and is a resident of Coral Springs. Florida. K.J.S.H. is a minor and student at Marjory Stoneman Douglas High school and a resident of Coral Springs, Florida.

26.     Dawn DeLena is the mother and mother of R.D. and is a resident of Coral Springs. Florida. R.D. is a minor and student at Marjory Stoneman Douglas High school and a resident of Coral Springs. Florida.

27.     Tanya McConnell is the mother and mother of K.J.M. and is a resident of Parkland, Florida. K.J.M. is a minor and student at Marjory Stoneman Douglas High school and a resident of Parkland. Florida.

28.     All Defendants were present at Marjory Stoneman Douglas High school during the shooting . know of the timing of the US Resource to FDEP to Marjorie Stoneman Douglas and the offer at the School Board on March 20. 2018 just after the event. by the Defendant. of ONE MILLION DOLLARS for each shot survivor to show us your wounds with forensics, help open this secret resource timed on your shooting by FDEP and Florida-US Politicians and continued to hide the Resource with FDEP and Judges. US Marshals. Police and Media. for years knowing Tap water is based on Cancer and Viruses-Disease rates.

6

PDF generated by deskPDF Creator Trial   Get it at http://www.docudesk.com

## NATURE OF THE ACTION

29.    This is a 42 U.S. Code § 1983 federal civil rights case under the First and Fourth Amendments of the United States Constitution as applied to the States under the United States Constitution's Fourteenth Amendment for the Defendants' individual and collective personal, malicious, and unlawful violations under color of state law of Plaintiffs' individual and collective constitutional rights to free speech and protection against unreasonable search of Plaintiff's bodies as well as state tort claims for civil conspiracy.  See *Gilberti vs Pentagon, et al.* in Arlington VA, Case 21-cv-680, which in includes FBI, CIA, etc., that will include this case evidence and discovery and others via *Gilberti vs CDC, et. al.* and *Gilberti vs Desantis, et al,* headed to US Supreme Court for Racketeering by Florida Department of Justice, State and US Judges, Florida Department of Law Enforcement, Florida Dept of Education & US Leaders being paid by large foreign corporations and Greenberg Traurig to time Terrorism, using FDEP and DOE agencies, and Global Corps after this resource with Florida Congress, US Presidents such as but not limited to Israel Chemical LTD/Mosaic Phosphate of Florida hiding Global Water & Medicine Resources with EPA and Federal Reserve Board/Central Banks.  This Resource has reading never seen on Earth that affects Medicine and National Defense.

PDF generated by iLovePDF Creator Trial - Get it at http://www.docudesk.com



This mask has been on the $20bill since 2003 and is part of the same Smith-Mundt
Modification pattern used to subdue Engineer Gilberti with various Terrorist attacks shown in
this complaint and multiple filed related cases throughout Florida and Washington DC.

30.     Defendants are working with U.S. Federal Reserve, EPA, FEMA, CDC, WHO,

Hollywood Producers, Israel Mosaic Phosphate, corrupt Judges, Court clerks, law-firms, Florida

leaders, EPA and foreign Terrorist to subdue Plaintiff who found a hidden underground Natural

resource in Medicine, Energy and Water Supply production and National Defense.  Defendants

are working in a Racketeering Enterprise with Leaders, agencies and Land Developers to destroy

water supply and Americans with higher rates of Cancers, Viruses and Diseases as well as

destroying the Environment, Fish & Wildlife, Tourism, Jobs and Macroeconomic growth in

Florida, America and abroad.  **This unique property has Geological indicators that show**

**America how to find more in days and create millions of Jobs, new medicine and economic**

**sustainability.**

31.     Below is a diagram of major concerns by thousands of citizens who asked

Plaintiff to be the West Florida expert at Desoto County against this Enterprise and Mosaic

8

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com

Phosphate and Plaintiff was approved for said expert to protect millions of Floridian and Americans from this Enterprise.

32.      Defendants committed these unlawful violations of Plaintiff's constitutional and state rights under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of Plaintiff's human, safety, and property rights.

33.      A Judiciary without honesty has little chance of executing its moral and constitutional duties, no matter how many rules of ethics exist.   This is especially true in America, where the judiciary is afforded wide discretion.   Every decision left up to the discretion of a judge—is a potential opportunity for corruption.   Today, oil, gas, minerals, drinking water and natural resources and their entitlements are often decided by judges making decisions without the ability to understand the long term engineering and infrastructure affects of hiding massive drinking water resources of the health quality.   The Judges are often influenced by local Corporations, Law-firms and bribes if the stakes are so economically high in the region, no salary could compare to the monetary corrupt bribes or offers.

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com



**Figure 1** – Israel Chemical LTD/Mosaic destroy massive surface rivers used for Raw Drinking Water Resources, Economy, Fish & Wildlife at West Florida Rivers with Phosphate mining with Defendants and Agencies in Racketeering Enterprise to fill Cancer Centers with Treated Water vs Gilberti Endless Alkaline spring water.

34.     The case involves the Defendants in a massive Enterprise which consist of Judicial courts, Judges, State attorneys, public defenders, Police officers, Utility directors, water and health agencies, hard money loan sharks, local law-firms and developers who have teamed up against THE ENGINEER to steal a hidden underground resource which more valuable that Gold, in an effort to hide it and its knowledge to find more like it from THE AMERICAN

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com

PEOPLE; and keep cancer and diseases rising in the region from Water supply being treated from polluted rivers and corporate dumping at the Taps.

By this suit, Plaintiff seeks federal district court review of the federal and Florida constitutionality of Defendants' actions for both on their face and as applied, which:

(i)     Deny an impartial tribunal;

(ii)    Violate United States Code, Title 4§§101 and 102;

(iii)   Violate Florida Statute §876.05(1)

(IV)    **CRIMES OF GENOCIDE/EUGENICS**
        *General Assembly resolution 260 A(III) of 9 December 1948 Entry into force:*
        *12 January 1951, in accordance with article XIII*

Having considered the declaration made by the General Assembly of the United Nations in its resolution 96 (I) dated 11 December 1946 that genocide is a crime under international law, contrary to the spirit and aims of the United Nations and condemned by the civilized world, Recognizing that at all periods of history genocide has inflicted great losses on humanity, and being convinced that, in order to liberate mankind from such an odious scourge, international co-operation is required, Hereby agree as hereinafter provided:

**Article I**

The Contracting Parties confirm that genocide, whether committed in time of peace or in time of war, is a crime under international law which they undertake to prevent and to punish.

**Article II**

In the present Convention, genocide means any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:

(a) Killing members of the group;

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com

(b) Causing serious bodily or mental harm to members of the group;

(c) Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;

(d) Imposing measures intended to prevent births within the group;

(e) Forcibly transferring children of the group to another group.

**Article III**

The following acts shall be punishable:

(a) Genocide;

(b) Conspiracy to commit genocide;

(c) Direct and public incitement to commit genocide;

(d) Attempt to commit genocide;

(e) Complicity in genocide.

35.    THE ENGINEER brings this action against DEFENDANTS for a **Violation of RICO, 18 U.S.C. § 1961-1968, *et seq* (a), (b), (c) and (d).**  THE ENGINEER seeks damages from DEFENDANTS who are working in a massive Enterprise tied to water supply eugenics across Florida, USA and the World with the World Health Organization in MOU agreements with the Environmental Protection Agency, FDEP in Tallahassee at the Florida Marjorie Stoneman Douglas State Revolving Fund, 2001-2010 Florida Forever Trust Funds, ESLAPP in Sarasota Florida, Global Cooperative Agreements of combined Environmental and Global Healthcare sustainability crimes by essentially hiding and/or stealing secret underground critical National Defense Resources of 'Blue Gold'.......... or ready to drink Alkaline Spring Water from Earth not Manmade.

36.    The Defendants with other Racketeering Enterprises are manipulating the Department of Education and Courtroom Judges, Police, Fire and University personal and systems to subdue Appellant timed with civil cases, permitting, investment proposals to hide

critical a unique drinking water and resource 2000ft below the plaintiff's Sarasota land, verified by third party consultants.

37.     This unique resource was hidden 50yrs by NASA and EPA, to stall new energy production resources and new science to depopulate Humanity, increase costs, pollutions, and attack THE ENGINEER from exposing the knowledge and resource to THE PEOPLE of the United States of American and Florida: preventing his ability to Due process in courtrooms, taking his 1st, 2nd, 4th, 5th, 6th, 8th and 14th Constitutional Amendments with multiple Judges in multiple jurisdictions working together to hide the US Resource for foreign corps like Israel Chemical LTD, Mosaic Phosphate and more: retroactive with the unique resource discovery.  A full blown attack on the Engineer, his clients, his family, children, bank accounts, reputation and business has been taking place continuously from 2011 to present time, with fake AR-15 emails created by the Tampa State Attorney office and ex-public defenders.  .

38.     Defendants are attacking a National Security resource and future Blue Gold pipeline project that produces millions in profits per day.   While damaging millions of US Citizens with lower level of service water supply from poor raw drinking water resources that are heavily treated with chemicals vs. natural endless alkaline spring water; causing higher Cancer Rates at the home and business taps, bottling plants, parks, schools, and more.   While increasing the possibilities of Viruses like Zika and Coronavirus, hiding answers to Vaccines, medicine solutions, energy solutions, and new technologies by hiding secret underground critical US Resources such as this resource with never seen endless new Water mixtures that are unique to Human health.

**IV. FACTUAL ALLEGATIONS**

39.     Plaintiff is located and does business within the State of Florida and United States of America.

13

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com

40.     Defendants are located and do business within the State of Florida and United States of America.

41.     All defendants are State actors, and as such, the United States Constitution governs their individual and collective actions when acting on Tax payer behalf to protect the public.

42.     Defendants formal and informal policies, written or unwritten, allowed, encouraged or enabled Defendants to violate Plaintiffs' individual constitutional rights and conspire to commit these constitutional violations.

43.     This issue is a matter of great public concern. A Global hidden underground Drinking Water, new Medicine and Energy Resource has been found and is being attacked by a pool of Judges, Agency personnel, Law Firms and Court Circuits in West Florida and Washington DC to hide this critical National Defense Resource from America for foreign owned corporations infiltrating Florida Politicians, having a great impact upon Florida students, their families, and Florida's citizenry.

44.     Defendants retaliated against Plaintiff who was exercising his free speech rights when Defendants in a Racketeering Enterprise to sell bottling, Cancer Centers and Pharmaceutical medicine due to Low Level of Service drinking water supply at the tap from very low level of Service RAW WATER RESOURCES. Defendants attacked his land in Sarasota, his family, his clients and projects when Plaintiff was whistleblowing the US Resource with permitting submittals, mass emails, and social media posts in an effort of Redress of Grievance.

44.     Defendants illegally with falsified police reports involving AR-15 death threats to Plaintiffs 1st, 2nd, 4th, 5th, 6th, 8th and 14th Amendment rights under the United States Constitution.

45.     Plaintiffs continued to suffer Defendants' individual and collective retaliation

PDF generated by RoskPDF Creator Trial - Get it at http://www.docudesk.com

for voicing their concerns over this unconstitutional forced low level of service of water supply causing higher cancer rates, diseases and viruses to millions of Americans in the West and South Florida Regions.

46.     These deprivations under color of state law are actionable under and may be redressed by 42 U.S.C. §1983. Plaintiffs will seek their attorneys' fees and costs under 42 U.S.C. §1988 if and when they prevail.

## V. COUNT 1 - CIVIL RIGHTS ALLEGATIONS

47.     Plaintiff sent files, plans, and readings with email copies to several recipients, local agencies, County attorneys, media and consultants, to expose this World hidden underground Resource by attaining transparency, and properly exercising his First Amendment rights.

48.     Plaintiff's civil rights, freedom, projects, incomes were attacked by Defendants, their court influences, Judges, local police, law firms with fake police reports, confessions and time terrorist attacks to raise bonds timed with civil land cases to subdue him.

49.     These court docket games with software turnover in other county circuits, timed with Judges and law-firms, who are all harboring the terrorism and hiding access to secret underground endless Oceans of unique spring to millions of Taps and Earth Science critical to Humanity.  See Timeline of Events below:

## CONFIDENTIAL TIMELINE OF FLORIDA TERRORIST ACTS BY CIVIL SERVANTS AND LEADERS

**TIMELINE CONFIDENTIAL AND SUBMITTED SEPERATELY IN CONFIDENCE FOR THE COURT IN A PRIVATE VAULT AND HAS BEEN COPIED TO PRESIDENT BIDEN AND HARRIS'S OFFICE, VARIOUS GOVERNORS ACROSS USA, ATTORENEY GENERAL, PENTAGON, AND CONGRESS DUE TO CORROUPT FLORIDA AND US LEADERS, JUDGES, ENGINEERING FIRMS, CIVIL SERVANTS AND LAWYER NAMES INVOLVED IN US TERRORISM AND EUGENICS OPERATION WITH DEFENDANTS, FEDERAL RESERVE BANKS, CDC, EPA, NASA, WORLD HEALTH ORGANIZATION, FEMA AND CORPORATE LEADERS AND DRINKING WATER-ENVIROMENTAL FUNDING AGENCY BOARDS**

25.     Below is an rough indicator of the unbelievable corruption that took place in front

of everyone while they watched in fear just like the masks for the FAKE CORONVIRUS

PANDEMIC by the same group and more.

*2011 year*

*June - hired Greenberg Traurig through help of Scott Freyre who was going to
help us get funding from hard money note that was stealing the land for pennies
with Foley Lardner attorneys who are head of Florida Water forum*

*August - fired Greenberg due to friends ~2partners taking note 12 days into
litigation and the fact they are Israel Mosaic Phosphates chief council doing
Political mining compacts with Gov Scott and west Florida counties from Sierra
vs ACOE litigation for phosphate mines from Tampa to Lee County. Sarasota
never signed due to Lee county for 5~million as I have the only mining permit in
phosphate district in Sarasota with deep well. two essentials for fertilizer plant.
Mosaic is largest phosphate and potash corp. in world controlling farming with
Monsanto and all food production in World.*

*2012 year*

*April - Found water at deep well and sent plan showing spring water to Peace
River WTP and RV Griffin reservoir to all leaders in mass email. Ross Morton of
SWFWMD ombudsman responded 52minutes later to block staff contact.*

*July 4th Holiday - Arrested for cyberstalking or really 1st amendment rights for
whistleblowing water resource with plans next to a 5county polluted Peace River
Manasota water plant in Desoto county pumping to Sarasota, Charlotte,
Manatee. Desoto and now Lee. Victims were three Greenberg Traurig Lawyers.
Dave Weinstein. Vin Marchetti and Don Crawford. Vin was friends with Scott
Freyre and used to work for Foley Lardner. Dave Weinstein is chief council for
Mosaic for decades! Major conflict against USA under attack by foreign
corporations with Nestle and more.*

*August - submitted $10,300 application and fee to FDEP in Sarasota and Ft
Myers for Pipeline and filtration to bring millions Alkaline Mineral spring water
to region. still didn't realize about the real value and uniqueness of underground
RIVER and meteor stuff.*

*Presented to Peace River on Aug 1st on aquifer with spring water to four county
commission. Public record.*

*December - Florida pass HB1099 new cyberstalking laws to felony issues while
Greenberg changes windows to bullet proof with Board of Engineers to make me
look like a terrorist*

*2013 year*

16

*March 27 presented to City of North Port in Sarasota with kids on spring water to taps in six months construction as they get is first as they are six miles away. sent plans to Sarasota and Venice churches and all hospitals.*

*April 3rd - Jim Murray of Amps Well Maintenance comes to site and says emails being deleted off his computer in front of his eyes within seconds of sending email of water readings and story. He said cleanest water on earth ever seen over 3 of world after drilling Oil 50yrs. says we are next to a titled platform from Yucatan meteor impact*

*April 15 - I wrote hypothesis. emailed FDEP in Leon County Tallahassee FDLE Torch run with mass email at 10:54 am and Boston Bomb blows 5hrs later and my $500 bond for a misdemeanor with Greenberg Lawyers skyrockets to $300,000 and surrounded by secret service and helicopters at Hillsborough County government building with Secret Service flying all over the building with a huge ACT by Cops. Judges and Hillsborough County staff. leaders and Pam Bondi.*

*2014 to 2020 years*

*Detailed in Vault of timed Terrorism with FDEP funding on Parkland shooting. Cousin Cory Gilberti setup by Broward Cops and State Attorney with actual AR-15 shooting of entire building to attack my family. Then he gets PTI and dropped charges. hidden by the news within months of Parkland shooting. while THE ENGINEER is attacked with FABRICATED AR-15 EMAILS by the Hillsborough State Attorneys Mark Ober. Pam Bondi. Ashley Moody and Andrew Warren. Forced to take a Guilty plea just to save the land control to get the permitting after being kidnapped for the 23 time by Tampa and Lee County corrupt Judges. Cops and more*

*THE ENGINEERS children were attacked by School teachers and chocked to scare his family away and create local dissention and fear with Cops and corrupt Florida leaders and civil servants.*

*Yet not one Leader, Engineer or person will dare test this water and its capacity that now has a 9-mile transmission FDEP Permit finalizing with Jon Iglehart the Director in Fort Myers. who is a witness with many others of this US TREASON by hundreds of Leaders. Judges. Cops. Media groups. Large developers. Bottling Corps. Big Pharma groups. General Electric. Dow Chemical. Mosaic Phosphate. Monsanto seed, Hospital Boards and Lawyers.*

**Why is this Mask on the $20bill for the past 17yrs hidden at the 2020 RNC and DNC by all Leaders, Federal Reserve and Media just like this World Resource and knowledge?**

26.     Plaintiff found the secret underground resource and started whistleblowing and permitting the pipeline. resource and project. suddenly falsified threats by attorneys and police started

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com

with cyberstalking arrest tied to Greenberg Traurig Law. Dave Weinstein, chief council for Mosaic Phosphate next door in the Phosphate district.  Mr. Weinstein was fired from the project due to conflict cases with Mosaic, Sierra vs Fort Meade, 11th District courts and Sarasota courts due to the resource and phosphate mining permits owned by THE ENGINEER and political mining compacts in west Florida.

27.    Plaintiff was illegally subdued with bond hikes using new cyberstalking laws. timed with civil and county and court circuits away to stop the exposure and permitting.

28.    Plaintiff as a Professional Licensed Civil engineer permitted the resource and pipeline connections adjacent to a 5 County regional Water Supply infrastructure while whistleblowing the location, characteristics of the underground river and its ability to produce unique spring water to over 10million taps from West Florida to South Florida, solving Florida Water Wars.   This effort was intended for a vast investigation to avoid emails to select recipients- many of which were public officials-with the specific goal of informing these officials of an illegal political conspiracy. and persuading them to enforce laws within their jurisdiction. Therefore, Plaintiff is exercising his constitutional right to petition the government for a redress of grievances.

> The right to petition the government for a redress of grievances is one such
> constitutionally protected activity, and one of the most precious liberties
> "safeguarded by the Bill of Rights." United Mine Workers of Am.. Dist. 12 v.
> Illinois State Bar Ass'n. 389 U.S. 217. 222. 19 L. Ed. 2d 426. 88 S. Ct. 353
> (1967). The history of the right to petition for the redress of grievances is
> ancient. stretching back in time to before the Magna Carta. see A.D. Bedell
> Wholesale Co., Inc. v. Philip Morris Inc., 263 F.3d 239, 252 (3rd Cir. 2001),
> to a petition by English leaders in 1013 to "Aethelred the Unready." J
> Norman B. Smith. "Shall Make No Law Abridging ... ": An Analysis of the
> Neglected. but Nearly Absolute. Right of Petition. 54 U. CIN. L. REV. 1153.
> 1154 (1986). The right to petition has evolved to its current place in both the
> federal and Florida constitutions, which protect the right of the people to
> petition the government for redress of grievances. See U.S. Const., amend. I.;
> Art. I. § 5. Fla. Const.

## THE ENGINEER'S SPEECH IS PROTECTED BY THE FIRST AMENDMENT. BECAUSE IT IS POLITICAL SPEECH, ADDRESSING A MATTER OF PUBLIC CONCERN – TAKEN BY THE DEFENDANTS IN A CORRUPT RACKETEERING ENTERPRISE

28.    The First Amendment to the United States Constitution guarantees freedom of speech, the right to peacefully assemble, and the right to petition the government. Those rights

PDF generated by dostPDF Creator Trial  Get it at http://www.docudesk.com

are protected from infringement by state governments by the Due Process Clause of the Fourteenth Amendment to the United States Constitution. Further, under Article 1, Section 4, of the Constitution of the State of Florida, citizens are guaranteed freedom of speech.

29. The First Amendment protects speech even when its subject or manner of expression is uncomfortable and challenges conventional religious beliefs, political attitudes or standards of good taste. United States v. Stevens, 130 S.Ct. 1577, 1585 (2010). Specifically, First Amendment jurisprudence has time and time again demonstrated that political and religious speech should be afforded special protections. One such case is Cantwell v. Connecticut, 310 U.S. 296, 310 (1940), in which the U.S. Supreme Court overturned the conviction of three individuals for passing out religious leaflets in violation of a Connecticut statute that made it a crime to solicit and breach the peace:

> In the realm of religious faith, and that of political belief, sharp differences arise. In both field the tenets of one man may seem the rankest error to his neighbor. To persuade others to his own point of view, the leader, as we know, at times, resorts to exaggeration, to vilification of men who have been, or are, prominent in church or state, and even to false statement. But the people of this nation have ordained in the light of history, that, in spite of the probability of excesses and abuses, these liberties are, in the long view, essential to enlightened opinion and right conduct on the part of the citizens of a democracy.

30. The Supreme Court has consistently classified emotionally distressing or outrageous speech as protected, especially when that speech touches on matters of political, religious or public concern. The Supreme Court has said that this is because "in public debate our own citizens must tolerate insulting, and even outrageous, speech in order to provide adequate breathing space to the :freedoms protected by the First Amendment." Boos v. Barry, 485 U.S. 312, 322 (1988). Emotionally distressing speech will be entitled to special protection under the First Amendment, when expressed at a public place on a matter of public concern: such speech cannot be restricted simply because it is upsetting or arouses contempt. Snyder v. Phelps, 131

S.Ct. 1207, 1219 (2011).

31.     Uncomfortable expression touching on political or religious matters sent through
email is equally protected under the First Amendment as there is "no basis for qualifying the
level of First Amendment scrutiny that should be applied to online speech." Reno v. Am. Civil
Liberties Union, 521 U.S. 844, 870 (1997).  Despite the challenges of applying the Constitution
to ever-advancing technology, basic principles of freedom of speech and press, like the First
Amendment's command, do not vary when a new and different medium for communication
appears." Brown v. Entm't Merch. Ass'n, 131 S.Ct. 2729, 2733 (2011).  Plaintiff was exposing
the hidden US Resource with a mass addy technique using select agency and local influence,
since Plaintiff knows who is supposed to utilize a resource of regional or even Global Health
importance.

32.     The fundamental importance of the free flow of ideas and opinions on matters of
public concern is the core of the First Amendment protections, even where speech includes
vehement caustic and sometimes unpleasantly sharp attacks.  New York Times Co. v. Sullivan,
376 U.S. 254, 271 (1964). Surely, the government's interest in preventing the use of electronic
communications to inflict emotional distress would still undoubtedly be furthered even if some
State statute did not apply to the type of discourse the Plaintiff may or may not of engaged in-
political speech on matters of public concern, aimed at alerting government officials, and
exposing wrongdoers.

### COUNT II - FRAUD ON COURTS ALLEGATIONS

33.     Defendants worked between Judicial circuits in a select Enterprise of Judges, civil
servants to time dockets on both illegal civil foreclosure cases and criminal cases, in an effort to
subdue THE ENGINEER in Hillsborough County courts and expedite illegal trials to steal the
land and hide the secret underground critical health resource.

34.     Below is a copy of email correspondence proving THE ENGINEER was setup

20

and kidnapped by Hillsborough County District 13 staff (with help of Lee County and Sarasota County Dist 12 and 20. as well as Broward County District 17) where Public Defender Chris Shaw, the entire State Attorneys office, Mark Ober, Andrew Warren, Pam Bondi and Judges during the 2016 Election pulled a fake arrest to subdue THE ENGINEER when land cases were up in Middle District. 11th District Court of Appeals, and Sarasota Courts.

35.     The Enterprise worked with Cops, Media, Pulse Bar, Commissioners, Hospital boards and these lawyers, Judges and police to attack America.  They filled out fake AR-15 death threats on Pulse bar week.  Chris Shaw was the Public Defender for the Plaintiff for the Boston Bomb bond hike on April 15, 2013 for Mosaic chief council case with Dave Weinstein at Greenberg Traurig disappeared two day before trial.

36.     Attorney Chris Shaw is an arch Criminal with the Enterprise and Judges on the payroll of the Enterprise in with the DEFENDANTS.   See exhibit below which ties to an entire case(s) of lies to attack the Plaintiff, his land, America and kill millions with Cancer Rates at the Tap in a major Cancer cluster of America in retired West Florida.



**Proof no AR-15 threat was found but Judge Wolfe and State attorney forced plea to get to Sarasota case after 6months of Torture and confinement**

**FAKE POLICE REPORTS WITH AR-15 TIMED WITH PULSE BAR SHOOTING BY HILLSBOROUGH COUNTY DISTRICT 13**
**Figure**

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com

37.     Compare  U.S. v. Throckmorton, 98 U.S. 61, 25 L.Ed 93 (1878)E,  Hazel-Atlas

Glass Co. v. Hartford Empire Co., 64 S. Ct. 997 (1944); Demjanjule v. Petrovsky, 10 F. 3d

338 at 352 (6th Cir 1993)

38.     A cause of action for fraud on the court may be brought at any time, and any

order, judgment or decree, obtained by fraud upon the court may be recalled and set aside at any

time. whether entered in a civil or criminal case. See, **State v. Booker, 314 So. 2d 136 (Fla.**

**1975).**

39.     Judges and attorneys are officers of the Court. A State judge is a state judicial

officer. paid by the state to act impartially and lawfully. A federal judge is a federal judicial

officer, paid by the federal government to act impartially and lawfully. State and federal

attorneys fall into the same general category and must abide by the rules. A judge is not

the court. **People v. Azjie, 88 Ill.App.3d 477,410 N>E.2d 626 (1980).**

40.     **In   Bullock   v.   United   states,   763   F.2d   1115,   1121   (10th   Cir.**

**1985),** the court stated "Fraud upon the court is fraud which is directed to the judicial machinery

itself  and  is  not fraud between the  parties  or fraudulent documents,  false  statements  or

perjury...where a judge has not performed his/her judicial function — thus where the impartial

functions of the court have been directly corrupted."

41.     "**Fraud upon  the court**" has been  defined  by the 7th Circuit Court of Appeals to

"embrace  that  species  of fraud which  does,  or  attempts  to,  defile  the court itself,  or  is

a fraud perpetrated by officers of the court so that the judicial machinery cannot perform in the

usual manner it impartial tasks of adjudging cases that are presented for adjudication."

42.     **Kenner v C.I.R., 387 F.3d 689(1968); 7 Moore's Federal Practice, 2d ed., p. 512,**

**60:23.** The  7th  Circuit  further  stated  "a  decision  produced  by fraud  upon  the  courts  not  in

essence a decision at all, and never becomes final."

43.     "Fraud upon the court" makes void the orders and judgments of that court. **It is also**

clear and well-settled that any attempt to commit "fraud upon the court" vitiates the entire

proceeding. The People of the State of Illinois v. Fred E. Sterling. 357 Ill.354:192 N.E. 229

(1934) ("The maxim that fraud vitiates every transaction into which it enters applies to

judgments as well as to contracts and other transactions."): In re Village of Willowbrook. 37 Ill.

App.2d 393 (1962) ("It is axiomatic that fraud vitiates everything.").

44.     The Following State and Federal cases in Florida, Georgia and Washington have

knowledge of the timeline and hidden US and Global Drinking Water Resource. knowledge and

crimes of Genocide/Eugenics in US potable water supply vs Alkaline filtered spring water

supply.

US Supreme Court case:18-1110 Cecil Daughtrey, et ux., vs Rivera

US Federal Court
District of Columbia case:          19-cv-00738 Gilberti vs Federal Reserve. et. al

Florida US Middle Dist case:        9:13-bk-14831-FMD Daughtrey vs Rivera
                                    9:19-ap-00104-FMD Gilberti vs Rivera, et. al,

Georgia 11th Dist case:             2:15-cv-35-Ftm-29 Daughtrey vs Rivera

Sarasota Cases:                     2011 CA 004209 NC BSFL Holdings vs Daughtrey
                                    2015 CA 006544 NC Gilberti vs 72 Partners LLC
                                    2016 CA 000205 NC 72 Partners vs Joe Gilberti
Hillsborough Cases:                 12-CM-011299-A State of Florida vs Joe Gilberti
                                    13-DR-006408 David Weinstein vs Joe Gilberti
                                    13-DR-007061 Vincent Marchetti vs Joe Gilberti
                                    13-CM-008278-A State of Florida vs Joe Gilberti
                                    16-CF-010976-A State of Florida vs Joe Gilberti
                                    18-CF-004829-A State of Florida vs Joe Gilberti
                                    18-CF-005038-A State of Florida vs Joe Gilberti

Broward County Cases: CACE 18-008568 Borges vs Cruz
                                    CACE 18-009607 Pollack vs Cruz
                                    18001958CF10A State of Florida vs Cruz
                                    17002130CF10A State of Florida vs Cory Gilberti
                                    19-005019 Israel vs Desantis

| | |
|---|---|
| Florida DOAH Cases: | 17-003257PL —Fla Board of Engineers vs Gilberti |
| | 18-003276 – Polk Regional vs Peace River-Swfwmd |
| Florida Board of Eng Case: | 2016-029320 – Board of Engineers vs Joe Gilberti |

## RICO ACTION ALLEGATIONS

### PLAINTIFFS' RICO CASE STATEMENT PURSUANT TO THE LOCAL RULES' STANDING ORDER IN CIVIL RICO CASES

Plaintiffs hereby file their RICO Case Statement as required by Local Rules as follows:

1.   **The alleged conduct that is claimed to be in violation of 18 U.S.C. 196 (a), (b), (c) and/or (d).**

45.   Plaintiff asserts claims listed in Introduction and below for violations of 18 U.S.C. Sec. 1962 (a), (b), (c) and (d).

46.   The individual RICO Defendants named herein formed a strategic alliance with THE MOSAIC COMPANY (aka Mosaic Fertilizer), Environmental Protection Agencies, Center of Disease Control, Greenberg Traurig Law, Southwest Florida Water Management District, Sarasota County, Manatee County, Hillsborough County, Desoto County, Lee County, Collier County, Pinellas County, Polk County, Broward County, Dade County, Palm Beach County, local water supply regulatory Agencies, Hospitals, Hospital Foundations, Leaders, Banks and Pharmaceutical groups to keep Cancer rising from Water Supply LOW Level of Service with poor raw drinking water resources.

47.   DEFENDANTS collectively and politically through local Engineering, Environmental and Consulting selections by Hillsborough, Pinellas, Polk, Pasco, Manatee, Desoto, Charlotte, Lee, Hendry, Polk County(s), as well as Municipal Cities within, Peace River Manasota Water Authority, Tampa Bay Water and Southwest Florida Water Management worked together to collect massive amounts of Revenues by making millions sick with higher cancer rates, more Medicine sales, bad medicine production with poor water resources and

24

PDF generated by deskPDF Creator Trial   Get it at http://www.docudesk.com

inflating Medicaid cost and Water bills (see Gilberti vs Ardurra, et. al., RICO filed in Middle District where discovery was skipped to hide the US Resource by their Continuing Service engineers for local counties and agencies).

### Clean Water Act
Section 505(a)(2) of the Clean Water Act (CWA) and
Section 1449(a)(2) of the Safe Drinking Water Act (SDWA)

    i.       Failure to Utilize Higher Level of Service for Raw Water Resources from EPA and Peace River Manasota Water Authority Florida hidden Underground Alkaline Endless Spring Water River and improper use of State Revolving Funds. US Grants to build potential Terror attack above Sky Reservoirs (ZIKA Ponds) via RV Griffin Reservoir after Hurricane Charlie pursuant to Title 42 U.S.C. to protect the Public Safety and Welfare of US citizens at the Tap of a 4 to 6 County Regional System.

    ii.       Harboring known US Terrorist Attacks surrounding this critical medicine changing Unique underground Spring water mixture and  Resource and its court docket timing to kidnap THE ENGINEER Gilberti while attacking his land and his clients land with Florida Dept of Justice and Leaders.

**2.**    **The identity of each defendant and the alleged misconduct and basis of liability for each.**

**3.**    **List the alleged wrongdoers, other than the defendants listed above, and state the alleged misconduct of each wrongdoer:**

    48.   See related cases of Racketeering cases on common defendants and agencies listed in this complaint and past that are headed to the US Supreme Court and more to be filed as this World Resource is not leaving or moving anytime in the next 100million years.

**4.**    **Identity of the alleged victims and the manner in which each victim was allegedly injured.**

**5.**    **A description of the pattern of racketeering activity or collection of unlawful debts alleged for each RICO claim:**

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com

50.     See attached.

**5.      A detailed description of the alleged enterprise for each RICO claim:**

51. The individual enterprise Defendants acted as an enterprise within the meaning of 18 U.S.C. 1961(4) which defines "enterprise" as "any individual, partnership, corporation, associations or other legal entity, and any union or group of individuals associated in fact and although not a legal entity"

**a.** The Individual RICO defendants are named at the top of the Complaint and Parties listed. Defendants here are employees and/or agents of various levels of State and Local government in the State of Florida and US Congress as well as major Wall Street groups, and local land developers, bankers, appraisers, environmental and Engineering consultants, bottling corps. Hospital foundations and more. Together, and through their various government roles formed an association in such as but not limited to the Florida Water Forum, Enterprise Florida and Sarasota Tiger Bay Club. The DEFENDANTS consisting of the individual RICO defendants named herein set forth in this complaint, used their authority and power to develop and carry out the fiscal scheme to use toxic polluted, radioactive Peace River water and arsenic Ground water raw resources instead of Alkaline endless spring water underground rivers (ready to drink). The Peace River was known to be unsuitable for use and expensive to properly treat, and DEFENDANTS want to steal the land, hide the volumes and sell medicine. They want to hide the knowledge that finds many more in days.

**b.** DEFENDANTS purposely hid US Resources from millions of People that affect National Security, Economics and Government overspending and borrowing from the Rothschild IMF Banks at the Federal Reserve by holding back the sustainability and FREE Energy and Medicine this US Unique Resource provides to billions of World People.

**c.** DEFENDANTS held up years of good Trade with other nations keep Wars moving as this site shows mankind how to find Endless Clean Water, hence endless food and reasons for World Peace and no enemies or boundaries.   Why would Nations fight with endless Free Energy and Food this World Resource and its knowledge opens.

**d.** DEFENDANTS working with the Federal Reserve collect over $600 billion in Interest each year from $20 Trillion in Debt that was only $1 Trillion when RV Griffin Reservoir was installed instead of exposing this World Water and Energy knowledge this resource teaches the University system and all the innocent in the government.   The rotate tax base to Judges with large land tracts making decisions on cases and working in the same circuit like Judge Hall, Judge Kimberly Carlton Bonner and many more, attacking America.

**e.** DEFENDANTS manipulated Tampa Central Command and Local Leaders, Police, Judges, EPA, Swfwmd and Tampa Bay Water Authority to hide this Resource with the Bush Family who invests in Water Resources to hide them

with Coke and Nestle to keep War Machines going and Migration of immigrants who don't have resources in their town for food and Water due to Weather and climate in colder areas.

f.  The CDC and World Health Organization with World Bank/Federal Reserve Central Banks of this World Water and Health knowledge with this Enterprise, Obama, Trump, Biden. Bush Clinton and EPA administration for decades to kill Americans and cause more viruses through pathogens in water by hiding this Global resource and it knowledge to find the rest in days. hidden by the same Florida and Tampa Central command enterprise of idiot Judges, Cops and Lawyers lost now.

**6.  State whether you allege and describe in detail how the pattern of racketeering activities and the enterprise are separate or have merged into one entity:**

See Vault on all remaining items and this item.

**7.  The alleged relationship between the activities of the enterprise and the pattern of racketeering activity, including a description of the manner in which the racketeering activities differs, if at all, from the usual and daily activities of its employees.**

**8.  The benefits, if any, the alleged enterprise receives or has received from the alleged pattern of racketeering.**

48.  Judges surrounding the property and Commissioners have worked with FDEP and Leaders to hide this resource as Lennar, Culverhouse, Palmer Ranch, Lakewood Ranch, Benderson Development. Debartolo. Bottling corps and more hid it to sell medicine. bottled water, cancer centers and arsenic homes to US Citizens.  Filling the tap of Hospitals with treated Radioactive rivers from Peace River. the worst Water plant in Florida right next to this underground river!  They all knew and killed American kids who never had a chance!  For Money! And Votes!

49.  DEFENDANTS have capitalized on military spending as Wars and Hunger would be massively reduced once this site opens the knowledge to find more via Meteor impacts to Oceans beneath Earth.

50.  Describe the effect of the activities of the enterprise on interstate or foreign commerce.

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com

**9.**  **If the complaint alleges a violation of 18 U.S.C. Section 1962(a), provide the following information:**

51.     The Vault and timeline will detail out the coordination with Judges, Circuit Courts. Federal court in Tampa and abroad working with a network tied to US and Florida Leaders. Developers and Media to subdue the Engineer timed with civil cases. permitting the resource and whistleblowing the resource in a Petition of Redress using Social Media, emails and more as a Utility to expose Earths No1 Health and Energy Resource and Global knowledge hidden from Humanity!   These Judges and Courts all need to be arrested and replaced with REAL AMERICANS!  The Leaders. Cops. Teacher and more were too scared to help. like what you see with the masks and nobody exposing this $20bill crap!!   Grow up Judges and Courts as your done.   And if this courts dismisses this or allows a sale to proceed with Terrorist on this land and attacking this land. then this Court is next on the list for a civil case until we go through 50 States and everyone is detained by the masses.   Nobody is above the Law and the lawyers, Judges and their game is OVER!

**12.**  **If the complaint alleges a violation of 18 U.S.C. Section 1962(b), provide the following information:**

52.     Racketeering through a long time known Tri-State Florida Water wars in the panhandle involving water supply groups hiding these secret underground Rivers in Alabama, Georgia and Florida to pay lawyers and tax Citizens while hiding the true water resources. Kidnapping THE ENGINEER with corrupt Judges and shooting building up with Broward Cops and faking Parkland shooting.  The timing is so obvious and millions know.  And soon many Parkland kids are going to cross as promised.  Then all Judges involved are arrested as we have the Petitions building now.

**13.**  **If the complaint alleges a violation of 18 U.S.C. Section 1962(c), provide the**

28

__following information__:

a.     __The individuals who are employed or associated with the enterprise:__

53.   See Defendants, Introduction and list of groups described in the Complaint that will grow with discovery and other lawsuits tied to this complaint throughout Florida and the United States.

b.     Whether the same entity is both the liable "person" and the "enterprise" under Section 1962(c)

__9.__   __If the complaint alleges a violation of 18 U.S.C Sections 1962(d), describe in detail the alleged conspiracy.__

__10.__   __The alleged injury to business or property__

__11.__   __The direct causal relationship between the alleged injury and the violation of the RICO Statute.__

54.   THE ENGINEER has suffered loss of Home, business, Reputation, monies, family members, emotional damages as well as his client from the DEFENDANTS massive Torts and US Terrorism acts to the United States of America and the US Resource. DEFENDANTS took almost 15 years of the Plaintiff's life and time with his Children to kill Americans with Cancer rates and overcharge for Medicine.

55.  See damages stated in Vault that will show monies and pumping rates in the Millions of dollars per day.   But nobody can put a price on lost time with family, death of family members by this Enterprise as they killed my father while I'm in the Tampa Hole, as he had the down the Hole video disks that show the endless capacity.   All Judges are harboring Terrorism and Murder with 72 Partners and Florida Leaders, Washington Leaders, including Obama, Bush, Clinton, Trump, Biden, Pence and all Congress who have known since 2012 and helped Attack America and this World resource to KILL Children.

__55.__        __The damages sustained for which each defendant is liable.__

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com

56.   See above.  TBD.  Exceeding $150,000,000.00 US Dollars.

**56.** **A description of the Federal causes of action, if any, and citation to the relevant statutes.**

i.   42 U.S.C. § 1983 – SUBSTANTIVE DUE PROCESS – DEPRIVATION OF **CONTRACTUALLY CREATED PROPERTY RIGHT**

ii.  42 U.S.C. §1983 – **PROCEDURAL DUE PROCESS – DEPRIVATION OF CONTRACTUALLY CREATED PROPERTY RIGHT**

iii.  42 U.S.C. §1983 –SUBSTANTIVE DUE PROCESS– STATE **CREATED DANGER**

iv.  42 U.S.C. §1983 – SUBSTANTIVE DUE PROCESS – BODILY INTEGRITY

v.   Section 505(a)(2) of the Clean Water Act (CWA) and Section 1449(a)(2) of the Safe Drinking Water Act (SDWA)

vi.  Florida Deceptive and Unfair Trade Practices Act ("FDUTPA").

vii.  Florida Fair Lending Act, section 494.0078, *et seq.* ("FFLA")

viii.  Florida Consumer Collections Practices Act ("FCCPA")

ix.  CIVIL CONSPIRACY

**57.** **A description of pendent state claims in the complaint, if any.**

i.   Fraud on the Courts and Terrorism using Smith–Mundt Act.

ii.  Breach of Fiduciary Duty as an US Agency to Protect the Public Safety, Welfare and Security of THE PEOPLE

iii.  Nuisance

iv.  Negligence

v.   Gross Negligence

vi.  Unjust Enrichment

vii.  Conspiracy and Racketeering of Federal Funds to pump Radioactive water and sell medicine to millions of innocent People.  To fill Cancer centers with dead children.

viii.  Trespass

ix.  Intentional Infliction of Emotional Distress

30

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com

x.   Negligent Infliction of Emotion Distress

**58.    Any additional information plaintiff feels would be helpful to the Court in processing the RICO claim.**

56.    Plaintiffs believe and wish to emphasize that a significant volume of highly relevant evidence supporting the claims herein will be obtained through discovery. Plaintiffs reserve their right to supplement this form as this information comes to light so as to provide the Court with these additional facts. For example, criminal investigations into this matter are pending and have yet to disclose their findings or reports.  In addition, plaintiffs had not had the chance to obtain email correspondence that will likely further reinforce every fact and allegation contained herein, as many of the individual defendants named herein have been moving to new companies, relieved from duty, rotated to new municipalities or firms, retired, etc.

57.    Plaintiffs reserve the right to amend the DEFENDANTS and actions set forth above if discovery and/or further investigation reveal that any should be expanded, divided into specific enterprises regarding said issues that collectively are working in a mob, or modified in any way.

## VI. COUNTS

### COUNT I: § 1983 CLAIM OF RETAILIATION FOR EXERCISE OF FIRST AMENDMENT PROTECTED FREE SPEECH ACTIVITY AGAINST DEFENDANTS

58.    Plaintiffs (THE ENGINEER)  re-allege and incorporate by reference all of the preceding paragraphs in this complaint.

59.    Defendants personally, maliciously, and under color of state law deprived Plaintiffs of Plaintiffs' rights under the First Amendment to the United States Constitution, which are secured through the Fourteenth Amendment, by maliciously retaliating against Plaintiffs for Plaintiffs' exercise of the constitutional right of free speech to protest government activity of great public interest of which Plaintiffs disapproved and protested peacefully without interfering with the State's operations.

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com

60.     In depriving Plaintiffs of these rights. Defendants committed these unlawful violations under color of state law in bad faith and with malicious purpose in reckless. wanton. and willful disregard of Plaintiffs' human, safety, and property rights.

61.     This deprivation under color of state law is actionable under and may be redressed by 42 U.S.C. §1983.

## COUNT II: § 1983 CLAIM OF FOURTH AMENDMENT ILLEGAL SEARCH AND SEIZURE OF PLAINTIFFS' BODY AND PROPERTY AGAINST DEFENDANTS

62.     Plaintiffs re-allege and incorporate by reference all of the preceding paragraphs in this complaint.

63.     Defendants personally. recklessly. maliciously. and under color of state law deprived Plaintiff of Plaintiff's liberty rights under the Fourth Amendment to the United States Constitution. which are secured through the Fourteenth Amendment. by forcing Plaintiffs to into jails and subduing his family members without a warrant or any probable cause to believe Plaintiff committed any crime.

64.     In depriving the Plaintiffs of these rights. Defendants committed these unlawful violations under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of Plaintiff's human. safety. and property rights.

65.     This deprivation under color of state law is actionable under and may be redressed by 42 U.S.C. §1983.

## COUNT III: STATE TORT OF CIVIL CONSPIRACY AGAINST DEFENDANTS

66.     Plaintiffs re-allege and incorporate by reference all of the preceding paragraphs in this complaint.

67.     Defendants conspired together to commit illegal searches of Plaintiffs' body and property in violation of the United States Constitution's Fourth Amendment as applied to the States via the Fourteenth Amendment. These probes by State employees were done without a warrant and with reckless indifferences to Plaintiffs' rights.

32

68.     Defendants conspired to retaliate against Plaintiffs for Plaintiffs' clearly established First Amendment constitutional right to voice disapproval of Defendants actions on Water Supply.

69.     Defendants, together, retaliated against Plaintiffs by attacking Plaintiff's family members, threatening Plaintiffs from local government buildings to stop permitting and exposure of the US hidden Resource so Plaintiffs could not obtain transparency, and ultimately forcing Plaintiffs to o take pleas in duress with timed fake criminal cases with civil land and lien cases in other circuits counties apart to otherwise injure Plaintiff.

70.     The actions underlying this conspiracy are illegal under the United States Constitution's First and Fourth Amendments as applied to the States via the Fourteenth Amendment.

71.     This deprivation under color of state law is actionable under and may be redressed by 42 U.S.C. §1983 and 28 U.S.C. §1367.

## COUNT IV: 42 U.S.C. § 1983 CLAIM AGAINST DEFENDANTS FOR RECKLESS INDIFFERENCE TO PLANTIFFS' CLEARLY ESTABLISHED CONSTUTIONAL RIGHTS

72.     Plaintiffs re-allege and incorporate by reference all of the preceding paragraphs in this complaint.

73.     Defendant's encouraged, caused, allowed, and/or enabled Defendants to violate Plaintiffs' constitutional and state rights without fear of discipline for those violations. See *Monell v. Department of Soc. Svcs.*, 436 U.S. 658 (1978).

74.     Defendants demonstrated a policy of deliberate indifference to such civil rights violations. See *City of Canton v. Harris*, 489 U.S. 378, 389 (1989).

75.     Defendants callous, reckless, wanton, and malicious actions under color of state law before, during, and after this loss, have caused Plaintiffs to suffer and continue to suffer the damages Plaintiffs have described.

33

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com

76.     These deprivations under color of state law are actionable under and may be redressed by 42 U.S.C. §1983.

## RELIEF REQUESTED

**WHEREFORE, Plaintiffs respectfully request the following relief:**

A. Plaintiffs re-alleges and incorporates by reference all of the preceding paragraphs in this complaint.

B. Trial by jury on all issues so triable;

C. General and special compensatory damages;

D. Punitive damages;

E. Injunctive relief ordering Defendants to stop all Water infrastructure funding of in Florida until this resource is assessed and tied into the Peace River Manasota Water Supply system; Detain all Civil Servants, Engineers, Consultants, Lawyers and Police who falsified Police reports, water supply resources studies in the region, and ignored the timed Terrorism and called it "Patently Insubstantial" or ignored it.

F. Award to Plaintiffs of reasonable attorneys' fees and costs incurred in connection with this action from the Defendants pursuant to 42 U.S.C. §1988;

G. Stay all Florida Court and US Court proceedings to with this case to move to discovery as Pipeline permit is finalizing and other case Judges, Courts and more lied and are being investigation for US Treason.

H. Allow time to depose all Judges and persons of interest listed in the Vault to open the rest of these secret underground resources they hid for years to kill Americans and hid this knowledge from other Nations to keep starvation, wars and diseases rising.

I. Initiate a Emergency Stay on the ILLEGAL Sale being processed by 72 Partners LLC and Sarasota County Clerk and the Sarasota Circuit 12 Judges caught in a Eugenics and Racketeering operation involving a US Critical medicine resource hidden by

34

Tampa Central Command, Bush Family and a long list of Florida leaders, developers and Tampa Moffit Cancer centers.

J. Pretrial interest on compensable attorney's fees; and,

K. Such further and different relief as is just and proper or that is necessary to make the Plaintiff whole.

## DEMAND FOR A JURY TRIAL

Plaintiffs, for themselves hereby demands trial by jury on all issues  so triable as a matter of right.

Date: August 6, 2020

/s/ Joe Gilberti

Joseph D. Gilberti, Jr., P.E.
Plaintiff
385 Donora Blvd
Ft Myers Beach, FL 33931
813-470-6000
gilbertiwater@gmail.com
www.gilbertibluegold.com

cc:   US House of Representatives
Administrative Council
Ford House Office Building
Room 217
Washington DC, 20515

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

US Senate Committee on Homeland Security and
Government Affairs
340 Dirksen Senate Office Building
Washington DC, 20510

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com

PS00001000014



# UNITED STATES POSTAL SERVICE ®

# PRIORITY MAIL ®

...ted delivery date specified for

»Domestic shipments include up

Tracking® included for domes

» International insurance.**

»sed internationally, a custom

Joes not cover certain items. For del

Mail Manual at http://pe.usps.com.

ernational Mail Manual at http://pe.usp

T RATE ENVEI

E ■ ANY WEIGHT

CKED ■ INSUR

EP/
OD

## UNITED STATES POSTAL SERVICE ®

**P** PRIORITY MAIL 2-DAY®

US POSTAGE PAID
08/11/21
113080044O-22

Origin: 33931

$7.95

Retail

EXPECTED DELIVERY DAY: 08/14/21

0 Lb 15.80 Oz    1006

C075

SHIP
TO:
400 N MIAMI AVE
Miami FL 33128-1801

USPS TRACKING® #

9505 5139 3982 1223 2543 29

FROM:

Joe Gilberch P.E.
385 Danuiva Blvd
Fort Myers Beach, FL 33931

TO:

US Dist Court Southern Dist
of Florida
Clerk of Court
400 North Miami Avenue
Miami, FL 33128

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.